All concur.

SAMUEL NUGENT, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 23969.)

Hill, P. J., Crapser, Heffernan and Schenck, JJ., concur.

In the Matter of the Claim of CARRIE ADAMS, Appellant, against HASTINGS PAVEMENT COMPANY et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.—

All concur.

In the Matter of the Claim of ANNA SKOREPA, Respondent, against JERRY CAPEK et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—